# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-1224
_____

RENARD DAVIS,

    Appellant,

    v.

RICKY D. DIXON, Secretary,
Florida Dept. of Corrections,

    Appellee.

_____


On appeal from the Circuit Court for Leon County.
Jonathan E. Sjostrom, Judge.


July 16, 2025

PER CURIAM.

The Court dismisses this case as untimely filed. *See Jordan v. State,* 549 So. 2d 805 (Fla. 1st DCA 1989) (access to a law library is not necessary to prepare and transmit a simple notice of appeal.).

LEWIS, M.K. THOMAS, and TREADWELL, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Renard Davis, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.